UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 MAY -5 PM 2: 13

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILBUR W. BARR,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>INDICTMENT<br><br>18 U.S.C. §§ 922(g)(1) & 924(a)(2) |

2:22-CR-71
Judge Marbley

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Felon in Possession of a Firearm)**

On or about November 26, 2021, in the Southern District of Ohio, the defendant, **WILBUR W. BARR**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Heritage Rough Rider .22 caliber revolver, bearing serial number 1BH350992, and the firearm was in and affecting interstate and foreign commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

<u>**FORFEITURE ALLEGATION**</u>

1. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1).

2. Upon conviction of Count 1, the defendant, **WILBUR W. BARR**, shall forfeit to the United States all firearms and ammunition involved in that offense, specifically: a Heritage Rough Rider .22 caliber revolver, bearing serial number 1BH350992, and any associated ammunition.

   Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

s/Foreperson<br>
**Foreperson**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*[signature]*

**NOAH R. LITTON (0090479)**
**Assistant United States Attorney**